**Order entered January 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01250-CV

**FIVE HUNDRED TWENTY TWO DOLLARS
IN UNITED STATE CURRENCY, ET AL., Appellants**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court
Grayson County, Texas
Trial Court Cause No. CV-16-1161**

## ORDER

Before the Court is appellant's December 11, 2017 motion for extension of time with his oath of receipt of notice. Appellant appears to be requesting an extension of time to file a docketing statement after receiving notice that the docketing statement was overdue. We **GRANT** the motion. The docketing statement was filed on December 11, 2017.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE